JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| j2 GLOBAL, INC., j2 GLOBAL CANADA, INC., and ADVANCED MESSAGING TECHNOLOGIES, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>RPOST HOLDINGS, INC., a Delaware corporation, et al.,<br><br>　　　　　Defendants.<br>_____ | Case No. CV 14-01283 DDP (AJWx)<br><br>**ORDER OF DISMISSAL** |

With the agreement of counsel,

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice.

Both sides shall pay their own fees and costs.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: October 26, 2015

　　　　　　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge